UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 08 B 03303 |
| HENRY TRINIDAD JR | |
| | CHAPTER 13 |
| | JUDGE: JACQUELINE P COX |
| Debtor | |
| SSN XXX-XX-4870 | |

--------------------------------------------------------------------------------
TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

The case was filed on 02/13/2008 and was not confirmed.

The case was dismissed without confirmation 04/28/2008.

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE | UNSECURED | 707.26 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 211.60 | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 1056.10 | .00 | .00 |
| 1111 MADISON CONDO ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 2355.57 | .00 | .00 |
| AMEX | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 634.12 | .00 | .00 |
| BANK OF NEW YORK | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF NEW YORK | UNSECURED | NOT FILED | .00 | .00 |
| CRED PROTECTION ASSOCIAT | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 17573.29 | .00 | .00 |
| DAVID M JANKURA | UNSECURED | NOT FILED | .00 | .00 |
| DEUTSCHE BANK NATIONAL T | UNSECURED | NOT FILED | .00 | .00 |
| JAMES B FINKL | UNSECURED | NOT FILED | .00 | .00 |
| LONG BEACH ACCEPTANCE CO | UNSECURED | NOT FILED | .00 | .00 |
| LONG BEACH MORTGAGE | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT COMMUNICATION | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT ED | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT ED | UNSECURED | NOT FILED | .00 | .00 |
| HENRY TRINIDAD SR | NOTICE ONLY | NOT FILED | .00 | .00 |
| MARIA TRINIDAD | NOTICE ONLY | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL | MORTGAGE ARRE | 14000.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 9439.88 | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED NOT I | 13154.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 2493.90 | .00 | .00 |
| COUNTRYWIDE | UNSECURED | 88695.72 | .00 | .00 |
| HELLER & RICHMOND~ | DEBTOR ATTY | .00 | | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 03303 HENRY TRINIDAD JR

```
TOM VAUGHN              TRUSTEE                              .00
DEBTOR REFUND           REFUND                         1,231.00
```

Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------

|                      | RECEIPTS  | DISBURSEMENTS |
|----------------------|-----------|---------------|
| TRUSTEE              | 1,231.00  |               |
| PRIORITY             |           | .00           |
| SECURED              |           | .00           |
| UNSECURED            |           | .00           |
| ADMINISTRATIVE       |           | .00           |
| TRUSTEE COMPENSATION |           | .00           |
| DEBTOR REFUND        |           | 1,231.00      |
| TOTALS               | 1,231.00  | 1,231.00      |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 07/22/08                 /s/ Tom Vaughn
                                _____

                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE






                          PAGE   2
          CASE NO. 08 B 03303 HENRY TRINIDAD JR
```